# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, <br><br> Petitioner, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, <br><br> Respondent. | Case No. 25-1119 |

## STATEMENT OF ISSUES TO BE RAISED

Pursuant to the Court's May 5, 2025 Order, Doc. No. 2114181, the Service Employees International Union ("SEIU") hereby submits the following Statement of the Issues to be Raised.

1. Is the 2020 Final Rule's requirement that a putative joint employer that shares or codetermines the employees' essential terms and conditions of employment must also "possess and exercise such substantial direct and immediate control over one or more essential terms or conditions of their employment," Joint Employer Status Under the National Labor Relations Act, 85 Fed. Reg. 11185, 11212 (Feb. 26, 2020) (codified at 29 C.F.R. § 103.40(a)), not otherwise in accordance with the National Labor Relations Act, 29 U.S.C. § 152(2)? *See* 5 U.S.C. § 706(2)(A).

2. Is the 2020 Final Rule's distinction between those employers who share or codetermine employee terms and conditions of employment and those employers who both share or codetermine employee terms and conditions *and* have exercised substantial and immediate control over one or more essential terms and conditions arbitrary and capricious? *See* 5 U.S.C. § 706(2)(A).

3. Is the 2020 Final Rule's exclusion of both reserved and exercised control over health and safety matters from the exclusive list of "essential terms and conditions of employment," 29 C.F.R. § 103.40(b), arbitrary, capricious, or an abuse of the NLRB's discretion? *See* 5 U.S.C. § 706(2)(A).

DATED: June 4, 2025

Respectfully submitted,

s/ *Adam Bellotti*
Adam Bellotti (abellotti@bredhoff.com)
Grace Rybak (grybak@bredhoff.com)
BREDHOFF & KAISER PLLC
805 15th St. NW, Suite 1000
Washington, DC 20005
202-842-2600

Steven Ury (steven.ury@seiu.org)
John D'Elia (john.d'elia@seiu.org)
Service Employees International Union
1800 Massachusetts Ave. NW
Washington, DC 20036

*Counsel to the Petitioner*

# CERTIFICATE OF SERVICE

On June 4, 2025, I caused a copy of this Statement to be filed via ECF, which will automatically serve Michael S. Dale, Craig Ewasiuk, and Phillip H. Melton, counsel for Respondent National Labor Relations Board.

                                          s/ *Adam Bellotti*
                                          Adam Bellotti