# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Service Employees International Union,

**v.**

National Labor Relations Board.

**Case No:** 25-1119

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Service Employees International Union

### Counsel Information

Lead Counsel: Adam Bellotti

Direct Phone: ( 202 ) 842-2600 Fax: ( 202 ) 842-1888 Email: abellotti@bredhoff.com

2nd Counsel: Grace Rybak

Direct Phone: ( 202 ) 842-2600 Fax: ( 202 ) 842-1888 Email: grybak@bredhoff.com

3rd Counsel:

Direct Phone: ( ____ ) ____-____ Fax: ( ____ ) ____-____ Email:

Firm Name: Bredhoff & Kaiser P.L.L.C.

Firm Address: 805 15th Street NW, Suite 1000, Washington, D.C. 20005

Firm Phone: ( 202 ) 842-2600 Fax: ( 202 ) 842-1888 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.