# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-1119** **September Term, 2026**

**NLRB-85FR11184**

**Filed On: October 7, 2026** [2196950]

Service Employees International Union,

Petitioner

v.

National Labor Relations Board,

Respondent

**BEFORE:** Henderson and Millett, Circuit Judges; and Rogers, Senior Circuit Judge

**O R D E R**

Upon consideration of petitioner's unopposed motion to supplement the administrative record, it is

**ORDERED** that the motion be granted.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk