# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-1119** **September Term, 2026**

**NLRB-85FR11184**

**Filed On:** November 17, 2026

Service Employees International Union,

Petitioner

v.

National Labor Relations Board,

Respondent

**BEFORE:** Henderson and Millett, Circuit Judges; Rogers, Senior Circuit Judge

**O R D E R**

It is **ORDERED**, on the court's own motion, that the parties file supplemental briefs addressing the following question:

Whether direct circuit court review of National Labor Relations Board rules comports with *Int'l Ladies' Garment Workers Union, Loc. 415-475, AFL-CIO v. NLRB,* 501 F.2d 823, 827-28, 830-31 (D.C. Cir. 1974), *abrogated on other grounds by NLRB v. United Food & Com. Workers Union, Loc. 23 AFL-CIO*, 484 U.S. 112,131-32 (1987).

The parties' briefs are limited to 2,600 words and are due by 4:00 p.m. on November 24, 2026. In addition to electronic filing, the parties are directed to deliver paper copies of their submissions to the court by the time and date due.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk